M. P. No. 75-325. CONTRACTORS SERVICE, INC. *et al. v.* FRANK GALLO *et al.* Petition for writ of certiorari is granted, and the writ may issue forthwith. The instant case is consolidated for the filing of briefs and hearing with the case of *Murphy* v. *Charlie's Home Improvement Co.,* 113 R. I. 948, 326 A.2d 20 (1974). *Nugent & Nugent, J. Joseph Nugent, Jr.,* for plantiffs-respondents. *Schechter, Abrams & Verri, Robert P. Verri,* for defendants-petitioners.

M. P. No. 75-329. TOWN OF MIDDLETOWN *v.* JOHN J. HALL *et al.* Petition for writ of certiorari is granted. *Joseph B. Going,* Town Solicitor, for petitioner. *Hogan & Hogan, Thomas S. Hogan,* for respondents.

APPEAL No. 75-146. FEDDERS FINANCIAL CORPORATION *v.* ARMAND'S ENGINEERING, INC. *et al.* Motion of plaintiff to remand is granted, and the papers are remanded to the Superior Court. *Charles J. McGovern,* for plaintiff. *John Quattrochi, Jr.,* for defendants.

APPEAL No. 75-209. SIMONE M. PLOUFFE *et al. v.* GOODYEAR TIRE & RUBBER Co. *et al.* Motion of defendant Hartford Auto Co., Inc. to dismiss plaintiffs' appeal is denied as being moot. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for plaintiffs. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen,* for Goodyear Tire & Rubber Co. and Chrysler Motor Corporation. *Charles H. Anderson Law Offices, Paul A. Anderson,* for Hartford Auto Co., Inc.